■ In the Matter of THOMAS V. MAIOLI, Appellant, v BOARD OF COOPERATIVE EDUCATIONAL SERVICES, FIRST SUPERVISORY DISTRICT OF MONROE COUNTY, Respondent. [832 NYS2d 853]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered February 14, 2006 in a proceeding pursuant to CPLR article 78. The judgment dismissed the amended petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, P.J., Smith, Fahey, Peradotto and Pine, JJ.

■ MARY SIMET, Respondent-Appellant, v THE COLEMAN COMPANY, INC., et al., Appellants-Respondents, et al., Defendants. (Action No. 1.) MARY SIMET, Respondent-Appellant, v CLAYTON HENRY THEISEN et al., Appellants-Respondents, et al., Defendant. (Action No. 2.) [833 NYS2d 422]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), entered March 21, 2006 in a personal injury action. The order granted in part the motion of defendants The Coleman Company, Inc., Fleetwood Folding Trailers, Inc., Lakeland Garage Ltd., Clayton Henry Theisen, and Clayton Henry Theisen, doing business as Lakeland Garage, for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey and Pine, JJ.